**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number:  _____

❑ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11   12/17

Month: _____

Date report filed: _____
MM / DD / YYYY

Line of business: _____

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:  _____

Original signature of responsible party  _____

Printed name of responsible party  _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ❑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ❑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ❑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ❑ | ❑ | ❑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❑ | ❑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ❑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ❑ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ❑ |
| 9. | Have you timely paid all of your insurance premiums? | ❑ | ❑ | ❑ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ❑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ❑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ❑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ❑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ❑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ❑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ❑ | ❑ |

Debtor Name _____   Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?    ❑ ❑ ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ❑ ❑ ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ _____

    *(Exhibit E)*

Debtor Name  _____          Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                              $ _____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                                          _____
27. What is the number of employees as of the date of this monthly report?                                             _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                            $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?              $ _____
30. How much have you paid this month in other professional fees?                                                      $ _____
31. How much have you paid in total other professional fees since filing the case?                                     $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A*<br>**Projected**<br><br>Copy lines 35-37 from the previous month's report. | — | *Column B*<br>**Actual**<br><br>Copy lines 20-22 of this report. | = | *Column C*<br>**Difference**<br><br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | — | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | — | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | — | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                                                    $ _____
36. Total projected cash disbursements for the next month:                                                              − $ _____
37. Total projected net cash flow for the next month:                                                                   = $ _____

Debtor Name  _____     Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

# Sales Summary

From 05/01/2025 04:00 AM To 06/01/2025 04:00 AM
Establishment(s): Grandscape, Dallas

| Sales Summary Report | |
|---|---:|
| **Net Sales** | **59336.57** |
| Gross Sales | 59588.02 |
| Total Product Sales | 53850.01 |
| Taxable Sales | 51993.00 |
| Non-Taxable Sales | 1857.01 |
| CRV Charges (included to sales) | 0.00 |
| Total Service Fees | 5738.01 |
| Taxable Service Fee | 0.00 |
| Non-Taxable Service Fees | 5738.01 |
| Shipping and Handling | 0.00 |
| Total Discounts | (251.45) |
| Item Discounts | 0.00 |
| Order Discounts | (251.45) |
| **Total Tax and Surcharges** | **4271.15** |
| Sales Tax | 4271.15 |
| Prevailing Tax (8.250) | 4271.15 |
| Tax Rounding Variance | 0.00 |
| Pass Through Fee Tax | 0.00 |
| Surcharges | 0.00 |
| CRV Charges | 0.00 |
| **Liabilities** | **(638.09)** |
| House Account | 0.00 |
| Payments against House Account | 0.00 |
| Payments with House Account | (0.00) |
| Gift Cards | (667.96) |
| Sold Value | 0.02 |
| Redeemed Value | (667.98) |
| Store Credit | 0.00 |
| Accrued | 0.00 |
| Redeemed | (0.00) |
| Deposits | 0.00 |
| Deposit Payments | 1560.00 |
| Applied Deposits | (1560.00) |

| Analytics | | |
|---|---:|---:|
| Total Transactions | 2024 | |
| Total Invoices | 0 | |
| Average Check | 29.32 | |
| Total Guests | 220 | |
| Average Sale Per Guest | 269.71 | |
| **Revenue Centers Net Sales** | | |
| Bar | 0.00 | 0.00% |
| Restaurant | 59336.57 | 100.00% |
| Other | 0.00 | 0.00% |
| **Order Type Break Down** | | |
| To Go | 12049.01 | 22.38% |
| Eat In | 68.00 | 0.13% |
| Delivery | 0.00 | 0.00% |
| Catering | 1560.00 | 2.90% |
| Drive Through | 0.00 | 0.00% |
| Online Ordering | 0.00 | 0.00% |
| Dispatch | 123.00 | 0.23% |
| Shipping | 0.00 | 0.00% |
| Dine In | 40050.00 | 74.37% |
| Bbot Take Out | 0.00 | 0.00% |
| Bbot Dine In | 0.00 | 0.00% |
| **Tips** | | |
| Cash | 0.00 | |
| Credit | 2278.91 | |
| American Express | 232.69 | |
| Discover | 49.21 | |
| MasterCard | 595.45 | |
| Visa | 1401.56 | |
| PayPal | 0.00 | |
| Custom Payments | 103.03 | |
| Foodjaa | 24.78 | |
| olo Online Orders | 78.25 | |
| All Other | 0.00 | |

| | |
|---|---:|
| Pass Through Fees | 2381.94 |
| Store to Store Returns | 0.00 |
|     Due To | 0.00 |
|     Due From | (0.00) |
| Donations | 0.00 |
| **Net to Account For** | **62969.63** |
| Cash | 820.61 |
| Credit | 57631.77 |
|     American Express | 5515.49 |
|     Discover | 2237.24 |
|     MasterCard | 15616.66 |
|     Visa | 34262.38 |
| Debit | 0.00 |
| Checks | 0.00 |
| Custom Payments | 4517.25 |
|     olo Online Orders | 877.93 |
|     Foodjaa | 167.20 |
|     olo Uber Eats | 1477.25 |
|     Grubhub | 80.86 |
|     olo Door Dash | 1914.01 |
| **Total Payments** | **62969.63** |

| | |
|---|---:|
| Liability Tips | 0.00 |
| **Total Credit Payments by Status** | |
| Accepted | 0.00 |
| Captured | 57631.77 |
| Declined | 0.00 |
| **Adjustments** | |
| Voided Items | |
|     Total Number | 102 |
|     Total Sales Value | (995.00) |
| Returned Items | |
|     Total Number | 33 |
|     Total Sales Value | (345.50) |
| Comps Items | |
|     Total Number | 0 |
|     Total Sales Value | (0.00) |
| Refunds | |
|     Total Number | 39 |
|     Total Sales Value | (512.80) |
| **Till Transactions** | |
| Payins | |
|     Total Number | 0 |
|     Total Value | 0.00 |
| Payouts | |
|     Total Number | 0 |
|     Total Value | (0.00) |
| Safe Drop | 0.00 |
| **Cash Due Employee** | **1561.33** |
| Non-Cash tips | 2381.94 |
| Tip In Amount | 0.00 |
| Cash payments | (820.61) |
| Payins/Payouts | 0.00 |

**Capital One Bank**

**MANAGE YOUR CASH**
CASH MANAGEMENT  CHECKING  MONEY MARKET  CDs  LOANS

MMV F&B II LLC
DBA CURRY UP NOW
971 PARK RIDGE DR
ALLEN TX  75013

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

ACCOUNT SUMMARY    FOR PERIOD MAY 01, 2025 - MAY 30, 2025

| Business Basic Checking | 4651 | | MMV F&B II LLC |
|---|---|---|---|
| Previous Balance 04/30/25 | $9,066.19 | Number of Days in Cycle | 30 |
| 45 Deposits/Credits | $53,690.38 | Minimum Balance This Cycle | ($1,591.33) |
| 43 Checks/Debits | ($61,825.06) | Average Collected Balance | $2,568.46 |
| Service Charges | $0.00 | | |
| Ending Balance 05/30/25 | $931.51 | | |

ACCOUNT DETAIL    FOR PERIOD MAY 01, 2025 - MAY 30, 2025

**Business Basic Checking    4651**                                                 **MMV F&B II LLC**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 05/01 | ACH deposit MerchPayout SV9T 8662240369 050125 MMV F&B II | $1,535.40 | | $10,601.59 |
| 05/01 | ACH Withdrawal Attune Insurance Attune Ins 050125 MMV F B II LLC ST-B9O9L6W1N0C9 | | $4,094.60 | $6,506.99 |
| 05/01 | Check  150 | | $780.10 | $5,726.89 |
| 05/02 | ACH deposit MerchPayout SV9T 8662240369 050225 MMV F&B II | $496.35 | | $6,223.24 |
| 05/02 | ACH Withdrawal Sysco Corporatio Payment 050225 MMV FB II LLC USBLXXXXX1663S | | $2,662.70 | $3,560.54 |
| 05/02 | ACH Withdrawal MerchPayout SV9T 8662240369 050225 MMV F&B II | | $1,847.39 | $1,713.15 |
| 05/02 | ACH Withdrawal REVEL SYSTEMS, I PAYMENT 050225 MMV FB II LLC 167752020197 | | $599.48 | $1,113.67 |
| 05/02 | Check  157 | | $2,670.00 | ($1,556.33) |
| 05/02 | Overdraft charge DR AMT 2,670.00 0010176774 050225 | | $35.00 | ($1,591.33) |

*Thank you for banking with us.*                                    PAGE 1 OF 8

Products and services are offered by Capital One, N.A., Member FDIC.
©2025 Capital One. All rights reserved.



## An Important Message to Our Clients

### What should I do if I find an error or problem on my statement?

In case of error or questions about your electronic transfers telephone us at 1-888-755-2172 or write us at Capital One, N.A., 7933 Preston Rd. Plano, Texas 75024, Attn: Customer Service Center as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.

For small business accounts: Please refer to your Electronic Fund Transfer Agreement/Disclosure for additional information.

For consumer accounts: We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Capital One Bank**

**MANAGE YOUR CASH**
CASH MANAGEMENT  CHECKING  MONEY MARKET  CDs  LOANS

MMV F&B II LLC
DBA CURRY UP NOW

ACCOUNT DETAIL    CONTINUED FOR PERIOD  MAY 01, 2025   - MAY 30, 2025

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 05/05 | ACH deposit MerchPayout SV9T 8662240369 050525 MMV F&B II | $6,010.99 | | $4,419.66 |
| 05/05 | ACH deposit MerchPayout SV9T 8662240369 050525 MMV F&B II | $2,246.62 | | $6,666.28 |
| 05/05 | ACH deposit MerchPayout SV9T 8662240369 050525 MMV F&B II | $1,423.69 | | $8,089.97 |
| 05/05 | ACH deposit OLO ORDERING TRANSFER 050525 MMV FN AB II LLC ST-Q0D7R5E8I3W4 | $12.63 | | $8,102.60 |
| 05/05 | ACH Withdrawal AKURANVYKA USA I SALE 050525 ANKITA MEHTA | | $2,678.79 | $5,423.81 |
| 05/06 | ACH deposit MerchPayout SV9T 8662240369 050625 MMV F&B II | $2,456.24 | | $7,880.05 |
| 05/06 | ACH deposit OLO ORDERING TRANSFER 050625 MMV F B II LLC ST-L2I2V1X7L4B6 | $61.35 | | $7,941.40 |
| 05/06 | Check    160 | | $310.35 | $7,631.05 |
| 05/07 | ACH deposit MerchPayout SV9T 8662240369 050725 MMV F&B II | $429.01 | | $8,060.06 |
| 05/07 | ACH deposit OLO ORDERING TRANSFER 050725 MMV FN AB II LLC ST-J3X9L8A1B3I4 | $68.26 | | $8,128.32 |
| 05/07 | Check    162 | | $989.35 | $7,138.97 |
| 05/08 | ACH deposit MerchPayout SV9T 8662240369 050825 MMV F&B II | $600.30 | | $7,739.27 |
| 05/08 | ACH deposit OLO ORDERING TRANSFER 050825 MMV FN AB II LLC ST-B9P2E5P9Z8C8 | $130.42 | | $7,869.69 |
| 05/08 | ACH Withdrawal OLO - HELP@OLO.C PURCHASE 050825 DHARMESH MEHTA DHARMESH MEHTA | | $414.49 | $7,455.20 |
| 05/08 | Check    131 | | $1,000.00 | $6,455.20 |
| 05/08 | Check    163 | | $750.00 | $5,705.20 |
| 05/08 | Check    164 | | $254.46 | $5,450.74 |
| 05/09 | ACH deposit MerchPayout SV9T 8662240369 050925 MMV F&B II | $654.27 | | $6,105.01 |
| 05/09 | ACH deposit OLO ORDERING TRANSFER 050925 MMV FN AB II LLC ST-W7A7I9Y9X6Z5 | $40.47 | | $6,145.48 |
| 05/09 | ACH Withdrawal Sysco Corporatio Payment 050925 MMV FB II LLC USBLXXXXX1663S | | $3,533.96 | $2,611.52 |
| 05/09 | Check    159 | | $1,000.00 | $1,611.52 |

PAGE 3 OF 8

Products and services are offered by Capital One, N.A., Member FDIC.
©2025 Capital One. All rights reserved.



ACCOUNT DETAIL   CONTINUED FOR PERIOD MAY 01, 2025 - MAY 30, 2025

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 05/12 | ACH deposit MerchPayout SV9T 8662240369 051225 MMV F&B II | $3,090.59 | | $4,702.11 |
| 05/12 | ACH deposit MerchPayout SV9T 8662240369 051225 MMV F&B II | $1,651.21 | | $6,353.32 |
| 05/12 | ACH deposit MerchPayout SV9T 8662240369 051225 MMV F&B II | $1,151.37 | | $7,504.69 |
| 05/12 | ACH deposit OLO ORDERING TRANSFER 051225 MMV F B II LLC ST-M0E8Y4R5K0Z7 | $23.16 | | $7,527.85 |
| 05/12 | Check  165 | | $592.32 | $6,935.53 |
| 05/13 | ACH deposit MerchPayout SV9T 8662240369 051325 MMV F&B II | $2,399.45 | | $9,334.98 |
| 05/13 | ACH deposit OLO ORDERING TRANSFER 051325 MMV F B II LLC ST-F1H9Z3X3K9K5 | $35.39 | | $9,370.37 |
| 05/13 | TRANSFER WITHDRAWAL TO ....3414 UTIDMMPNKVRRIQC9YAN JOHNS PAY FROM 5225 | | $950.00 | $8,420.37 |
| 05/14 | ACH deposit MerchPayout SV9T 8662240369 051425 MMV F&B II | $1,044.81 | | $9,465.18 |
| 05/14 | ACH deposit OLO ORDERING TRANSFER 051425 MMV F B II LLC ST-P3L7Q4N1X2D6 | $139.52 | | $9,604.70 |
| 05/14 | TRANSFER WITHDRAWAL TO ....3272 UTIDMMEUIGHSBQXJAYR RESTAURANT DEPOT ORDER | | $723.73 | $8,880.97 |
| 05/14 | Wire transfer withdrawal LMG VENTURES LLC 051425 USDSBBMM7HqnTAUvFxx | | $5,000.00 | $3,880.97 |
| 05/14 | Wire transfer fee US2505144110329 | | $25.00 | $3,855.97 |
| 05/15 | ACH deposit MerchPayout SV9T 8662240369 051525 MMV F&B II | $410.07 | | $4,266.04 |
| 05/15 | ACH deposit OLO ORDERING TRANSFER 051525 MMV F B II LLC ST-F9F1W7F9D0Y5 | $43.99 | | $4,310.03 |
| 05/15 | Check  169 | | $2,477.00 | $1,833.03 |
| 05/16 | ACH withdrawal Sysco Corporatio Payment 051625 MMV FB II LLC USBL006121663S | | $3,132.10 | ($1,299.07) |
| 05/16 | Overdraft charge DR AMT 3,132.10 0000000000 051625 | | $35.00 | ($1,334.07) |
| 05/19 | ACH deposit MerchPayout SV9T 8662240369 051925 MMV F&B II | $2,191.23 | | $857.16 |
| 05/19 | ACH deposit MerchPayout SV9T 8662240369 051925 MMV F&B II | $2,058.66 | | $2,915.82 |
| 05/19 | ACH deposit MerchPayout SV9T 8662240369 051925 MMV F&B II | $1,169.54 | | $4,085.36 |

**Capital One Bank**

**MANAGE YOUR CASH**
CASH MANAGEMENT  CHECKING  MONEY MARKET  CDs  LOANS

MMV F&B II LLC
DBA CURRY UP NOW

ACCOUNT DETAIL   CONTINUED FOR PERIOD MAY 01, 2025  -  MAY 30, 2025

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 05/19 | ACH deposit OLO ORDERING TRANSFER 051925 MMV F B II LLC ST-B1Q4I7A8P9S0 | $29.32 | | $4,114.68 |
| 05/20 | ACH deposit MerchPayout SV9T 8662240369 052025 MMV F&B II | $2,602.16 | | $6,716.84 |
| 05/20 | Check      171 | | $2,723.00 | $3,993.84 |
| 05/21 | ACH deposit MerchPayout SV9T 8662240369 052125 MMV F&B II | $467.45 | | $4,461.29 |
| 05/21 | ACH deposit VALUTEC CARD SOL 2504-LP 052125 CURRY UP NOW GRANDSCAP 4445058942574 | $372.99 | | $4,834.28 |
| 05/21 | ACH deposit OLO ORDERING TRANSFER 052125 MMV F B II LLC ST-S8V0G5V1G0E7 | $90.09 | | $4,924.37 |
| 05/21 | TRANSFER WITHDRAWAL TO ....3272 UTIDMM1RYVE1EHM1JIV COSERV ELECTRIC | | $1,600.00 | $3,324.37 |
| 05/21 | Check      174 | | $1,089.65 | $2,234.72 |
| 05/21 | Check      172 | | $1,000.00 | $1,234.72 |
| 05/21 | Check      175 | | $397.03 | $837.69 |
| 05/22 | ACH deposit MerchPayout SV9T 8662240369 052225 MMV F&B II | $848.08 | | $1,685.77 |
| 05/22 | ACH deposit OLO ORDERING TRANSFER 052225 MMV FN AB II LLC ST-R8W5F5W2Y6Q0 | $38.04 | | $1,723.81 |
| 05/23 | ACH deposit MerchPayout SV9T 8662240369 052325 MMV F&B II | $595.42 | | $2,319.23 |
| 05/23 | ACH deposit OLO ORDERING TRANSFER 052325 MMV FN AB II LLC ST-B2E4G5X6D5R7 | $52.64 | | $2,371.87 |
| 05/23 | ACH Withdrawal Sysco Corporatio Payment 052325 MMV FB II LLC USBLXXXXX1663S | | $2,032.74 | $339.13 |
| 05/23 | Check      177 | | $175.60 | $163.53 |
| 05/27 | ACH deposit MerchPayout SV9T 8662240369 052725 MMV F&B II | $4,352.19 | | $4,515.72 |
| 05/27 | ACH deposit MerchPayout SV9T 8662240369 052725 MMV F&B II | $4,082.30 | | $8,598.02 |
| 05/27 | ACH deposit MerchPayout SV9T 8662240369 052725 MMV F&B II | $736.56 | | $9,334.58 |
| 05/27 | TRANSFER WITHDRAWAL TO ....3272 UTIDMM8KDWXUTXNHBI2 REST. SUPPLY INDIA BAZZAR | | $832.56 | $8,502.02 |

PAGE 5 OF 8

Products and services are offered by Capital One, N.A., Member FDIC.
©2025 Capital One. All rights reserved.



ACCOUNT DETAIL   CONTINUED FOR PERIOD MAY 01, 2025   - MAY 30, 2025

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 05/27 | Wire transfer withdrawal Vantage Bank of Texas 052725 USDSBBMM7XCEn03IqmV | | $2,000.00 | $6,502.02 |
| 05/27 | Wire transfer fee US2505275074299 | | $25.00 | $6,477.02 |
| 05/27 | Check  167 | | $500.00 | $5,977.02 |
| 05/28 | ACH deposit MerchPayout SV9T 8662240369 052825 MMV F&B II | $3,754.80 | | $9,731.82 |
| 05/28 | ACH deposit MerchPayout SV9T 8662240369 052825 MMV F&B II | $2,405.48 | | $12,137.30 |
| 05/28 | ACH deposit OLO ORDERING TRANSFER 052825 MMV F B II LLC ST-J5J3P9K9C0R7 | $112.02 | | $12,249.32 |
| 05/28 | TRANSFER WITHDRAWAL TO ....3272 UTIDMM46UOVEZ0ATM62 JOHN GIESKE HALFPAY 516 | | $924.08 | $11,325.24 |
| 05/28 | Check  181 | | $4,000.00 | $7,325.24 |
| 05/28 | Check  180 | | $543.49 | $6,781.75 |
| 05/29 | ACH deposit MerchPayout SV9T 8662240369 052925 MMV F&B II | $677.25 | | $7,459.00 |
| 05/29 | ACH deposit OLO ORDERING TRANSFER 052925 MMV FN AB II LLC ST-F7G2Z9D9W5E6 | $48.48 | | $7,507.48 |
| 05/29 | ACH Withdrawal S J DISTRIBUTOR SJ DIST 052925 CURRY UP NOW 131679 | | $912.61 | $6,594.87 |
| 05/29 | Check  186 | | $1,088.00 | $5,506.87 |
| 05/29 | Check  173 | | $305.00 | $5,201.87 |
| 05/30 | ACH deposit MerchPayout SV9T 8662240369 053025 MMV F&B II | $850.12 | | $6,051.99 |
| 05/30 | TRANSFER WITHDRAWAL TO ....3272 UTIDMM8HGFBPZV00R6J COSERV BILL CUN | | $2,076.50 | $3,975.49 |
| 05/30 | ACH Withdrawal Sysco Corporatio Payment 053025 MMV FB II LLC USBLXXXXX1663S | | $3,043.98 | $931.51 |
| **Total** | | **$53,690.38** | **$61,825.06** | |

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $70.00 | $175.00 |
| Total NSF Fees | $0.00 | $105.00 |

**Business Basic Checking 00005733874651**                                                                  **MMV F&B II LLC**

**Checks** * designates gap in check sequence

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 131 | 05/08 | $1,000.00 | 150* | 05/01 | $780.10 | 157* | 05/02 | $2,670.00 |

**Capital One Bank**

**MANAGE YOUR CASH**
CASH MANAGEMENT  CHECKING  MONEY MARKET  CDs  LOANS

MMV F&B II LLC
DBA CURRY UP NOW

ACCOUNT DETAIL    CONTINUED FOR PERIOD MAY 01, 2025  -  MAY 30, 2025

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 159* | 05/09 | $1,000.00 | 167* | 05/27 | $500.00 | 175 | 05/21 | $397.03 |
| 160 | 05/06 | $310.35 | 169* | 05/15 | $2,477.00 | 177* | 05/23 | $175.60 |
| 162* | 05/07 | $989.35 | 171* | 05/20 | $2,723.00 | 180* | 05/28 | $543.49 |
| 163 | 05/08 | $750.00 | 172 | 05/21 | $1,000.00 | 181 | 05/28 | $4,000.00 |
| 164 | 05/08 | $254.46 | 173 | 05/29 | $305.00 | 186* | 05/29 | $1,088.00 |
| 165 | 05/12 | $592.32 | 174 | 05/21 | $1,089.65 | | | |

PAGE 7 OF 8

Products and services are offered by Capital One, N.A., Member FDIC
©2025 Capital One. All rights reserved.

MEMBER FDIC